IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00440-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     MICHAEL GUZMAN;
**2.     JAYLEN NOBLE;**
3.     DEONE MILTON; and,
4.     JAHLON REID,

        Defendants.

---

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition

**(#52)** on September 23, 2010, by Defendant Jaylen Noble.  The Court construes this Notice as a

motion to change his/her plea and to have the Court consider the terms of the parties' plea

agreement.

**IT IS THEREFORE ORDERED** that:

1.     Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled

        pending determination of those matters.

2.     A Change of Plea hearing is set for **October 14, 2010,** at **11:00 a.m.** before the

        Honorable David M. Ebel, Courtroom C202, Byron Rogers Courthouse, 1823

        Stout Street, Denver, Colorado.[1]

---

[1] In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel
shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the

3. The motion hearing set for October 15, 2010, and the October 18, 2010, trial date

are **VACATED** as to Defendant Noble, only.

Dated this 30th day of September, 2010.

BY THE COURT:

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge

---

sentencing hearing conducted at the courthouse in either  Grand Junction or Durango will be filed. *See Administrative Order 2007-8.*