IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00440-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2.      JAYLEN NOBLE;

        Defendant.

_____

ORDER DIRECTING EXAMINATION
_____

**THIS MATTER** comes before the Court *sua sponte* upon consideration of the Presentence Investigation Report for Defendant Jaylen Noble prior to his sentencing. The Court finds that more information is necessary than is provided in the report. In particular, the Court requires information concerning the Defendant's mental health and condition, especially in light of a closed head injury that he suffered in an automobile accident in early 2010.

It is therefore Ordered pursuant to 18 U.S.C. § 3552(b)(c) and 4244(b), that Dr. Jonathon Woodcock perform a neuropsychiatric evaluation of the Defendant and render an opinion addressing whether: 1) the Defendant is presently suffering form a mental disease or defect; 2) what treatment is best suited to any mental disease or defect suffered by the Defendant; and 3) what sentencing alternatives will best provide the Defendant the kind of treatment needed.

Dr. Woodcock shall prepare and submit his report and assessment to the Court and counsel within 60 days of the date of this Order. If the report cannot be completed by such time, the Court will entertain a request for a brief extension.

   To facilitate Dr. Woodcock's assessment, the Probation Office shall promptly supply him with a copy of this Order, the Presentence Investigation Report, the Defendant's medical records from Children's Hospital, and the Defendant's school records.  The Defendant will cooperate in Dr. Woodcock's assessment.  Counsel shall contact Dr. Woodcock to provide such other and further information as he may require.  Doctor Woodcock's address is:  Dr. Jonathon Woodcock, 8515 Pearl St., Thornton, CO 80229.  His phone number is (303) 288-7882.

   Dated this 24th day of August, 2011

                   **BY THE COURT:**

                   */s/ Marcia S. Krieger*

                   Marcia S. Krieger
                   United States District Judge